UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LIONEL PATTERSON                               CIVIL ACTION

VERSUS                                         NO. 17-7564

KEITH COOLEY, ET AL.                           SECTION: "J"(3)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Petitioner Lionel Patterson's objection to the Magistrate Judge's Report and Recommendation, hereby **OVERRULES** Patterson's objection and approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the *Motion for a Preliminary Injunction* (**Rec. Doc. 5**) filed by Lionel Patterson is **DENIED** and that his complaint is **DISMISSED WITH PREJUDICE** as frivolous.

New Orleans, Louisiana, this 5th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE